UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00309-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DARRIUS RASHARD JONES | ORDER TO CONTINUE<br>ARRAIGNMENT |

This matter having come before the Court by motion of the Office of the Federal Public Defender to continue the arraignment hearing of the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment hearing shall be continued until ___April___, 2017.

This Court finds the ends of justice served by granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

This __21__ day of __February__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge