UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-309-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DARRIUS RASHARD JONES | |

On motion of the Defendant, Jose J. Darrius Rashard Jones, and for good cause shown, it is hereby ORDERED that the **[DE 27]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __6__ day of October, 2017.

_____
JAMES C. DEVER, III
Chief United States District Judge