IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-309-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARRIUS RASHARD JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On August 25, 2023, Darrius Rashard Jones ("Jones" or "defendant"), appearing pro se, filed a motion for a copy of the plea agreement and docket sheet in his case [D.E. 67]. On April 13, 2017, Jones pleaded guilty in open court to count one of the indictment without a signed plea agreement [D.E. 19]. Defendant may consult with his counsel about the documents that his counsel received concerning his case. To the extent his letter could be construed as a motion to obtain the document without charge, the motion is DENIED.

SO ORDERED. This _23_ day of October, 2023.

JAMES C. DEVER III
United States District Judge